HENRY PARISH, et al, *v.* MUNICIPALITY No. 2, et al.

APPEAL from the Second District Court of New Orleans, *Lea,* J.

Eustis, C. J. For the reasons given in the case of *Parish et al,* v. *The Municipality No.* 2, No. 2743 of the docket of this Court, it is considered by the Court, that the decree of the District Court, bearing date the 7th June, 1852, commanding the Notary, *H. B. Cenas, Esq.,* to deposit one-third of the proceeds of the batture lots, from which an appeal is taken, be reversed, and that the rule taken by the Municipality, in relation to said proceeds, be discharged, with costs in both Courts.